JIANLIN SONG (SBN 289226)
Jianlin.Song@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone:(415) 433-0990
Fax:        (415) 434-1370

Attorney for Defendant,
APRIA HEALTHCARE, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOYCE McCLENDON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> APRIA HEALTHCARE LLC, a limited liability company doing business in the State of California, <br><br> Defendant. | Case No.: 2:25-cv-01631-JAM-JDP <br><br> **FIRST STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** <br> **(ECF No. 11)** |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b), 16(b)(4), and Local Rule 144, counsel for Defendant Apria Healthcare, LLC ("Apria") and Plaintiff Joyce McClendon ("Plaintiff") (collectively, the "Parties") hereby jointly stipulate and agree as follows:

1.      On November 14, 2025, the Court issued a Pretrial Scheduling Order (Dkt. No. 10) establishing certain pretrial deadlines, including dates for expert disclosures, discovery completion, dispositive motions, and trial.

2.      To date, neither party has sought or obtained any extensions of the deadlines set forth in the Court's Pretrial Scheduling Order.

1

3. The extension is necessary because Plaintiff's counsel has filed a Notice of Unavailability on March 17, 2026, indicating that he will be unavailable from June 15, 2026, through July 7, 2026; October 14, 2026, through October 19, 2026, November 23, 2026, through November 30, 2026, and December 14, 2026, through January 10, 2027.

4. In addition, Parties have agreed to participate in mediation and are working to schedule mediation for August 2026. The Parties believe that that extending the pretrial deadlines will allow the Parties to engage in meaningful settlement discussions before incurring further litigation expenses.

5. The Parties have been complying with the current dates and deadlines set forth in the Court's case schedule, and to date, none of the cut-off dates have passed. A continuance of the dates and deadlines would serve to avoid any potential fees and costs, as well as waste of judicial resources and time, in filing potential motions after the cut-off dates for leave to amend the scheduling order. To this end, the Parties stipulate and propose a continuance of the dates as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Expert Witness Disclosures | May 22, 2026 | August 29, 2026 |
| Rebuttal Expert Disclosures | June 5, 2026 | September 12, 2026 |
| Joint Mid-Litigation Statement | 14 days before discovery completion | September 26, 2026 |
| Discovery Completion | July 17, 2026 | October 10, 2026 |
| Meet and Confer re: Cross-Motions for Summary Judgment | 28 days before dispositive motion deadline | October 24, 2026 |
| Plaintiff's Opening Brief (if Cross-MSJ) | 14 days before dispositive motion deadline | November 7, 2026 |
| Dispositive Motions Filing Deadline | September 11, 2026 | November 20, 2026 |
| Hearing on Dispositive Motions | November 17, 2026 | January 15, 2027 |
| Joint Pretrial Statement | 7 days before final pretrial conference | January 29, 2027 |
| Final Pretrial Conference | January 8, 2027 | February 5, 2027 |
| Jury Trial | February 22, 2027 | February 22, 2027 |

///

2

**Stipulation and Order Modifying Pretrial Scheduling Order**   Case No.: 2:25-cv-01631-JAM-JDP

Dated: May 22, 2026          WILSON, ELSER, MOSKOWITZ,
                                               EDELMAN & DICKER LLP


                             By:        */s/ Jianlin Song*
                                     JIANLIN SONG
                                     TRISHALA PARIKH
                                     Attorneys for Defendant,
                                     APRIA HEALTHCARE, LLC


Dated: May 22, 2026          HARRIS PERSONAL INJURY LAWYERS, INC.



                             By:
                                     Jerome P. Bellotti
                                     Attorney for Plaintiff Joyce McClendon

3

# ORDER

Having reviewed the parties' stipulation and the Court's calendar, the Pretrial Scheduling Order is **MODIFIED** as follows:

| Event | Deadline |
|---|---|
| Discovery Completion | **October 10, 2026** |
| Expert Witness Disclosures | **August 29, 2026** |
| Rebuttal Expert Disclosures | **September 12, 2026** |
| Joint Mid-Litigation Statement | Fourteen (14) days prior to the close of discovery |
| Dispositive Motions Filing Deadline | **December 04, 2026** |
| Hearing on Dispositive Motions | **February 09, 2027, at 01:00 PM** |
| Joint Pretrial Statement | Seven (7) days prior to the final pretrial conference |
| Final Pretrial Conference | **April 02, 2027, at 11:00 AM** |
| Jury Trial (3-5 Days) | **May 17, 2027, at 09:00 AM** |

All other instructions contained in the Pretrial Scheduling Order (ECF No. 10), entered on November 14, 2025, shall remain in effect.

**IT IS SO ORDERED**.

Dated: May 28, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

4

**Stipulation and Order Modifying Pretrial Scheduling Order**   Case No.:  2:25-cv-01631-JAM-JDP