JIANLIN SONG (SBN 289226)
Jianlin.Song@wilsonelser.com
TRISHALA PARIKH (SBN 355198)
trishala.parikh@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone:(415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendant,
APRIA HEALTHCARE, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOYCE McCLENDON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>APRIA HEALTHCARE LLC, a limited liability company doing business in the State of California,<br><br>Defendant. | Case No.: 2:25-cv-01631-JAM-JDP<br><br>**SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b), 16(b)(4), and Local Rule 144, counsel for Defendant Apria Healthcare, LLC ("Apria") and Plaintiff Joyce McClendon ("Plaintiff") (collectively, the "Parties") hereby jointly stipulate and agree as follows:

1. On November 14, 2025, the Court issued a Pretrial Scheduling Order (Dkt. No. 10) establishing certain pretrial deadlines, including dates for expert disclosures, discovery completion, dispositive motions, and trial.

2. On May 28, 2026, the Court entered the First Stipulation and Order Modifying Pretrial Scheduling Order (Dkt. No. 12), which, among other things, set the deadline for Expert

Witness Disclosures to August 29, 2026, and the deadline for Rebuttal Expert Disclosures to September 12, 2026. The Expert Witness Disclosures deadline of August 29, 2026, falls on a Saturday and therefore extends to Monday, August 31, 2026, pursuant to Federal Rule of Civil Procedure 6(a)(1)(C).

3. Good cause exists for the requested extension. The Parties have been actively litigating this matter, including completing Plaintiff's deposition on July 30, 2026, and exchanging written discovery. The Parties are currently engaged in settlement discussions and believe that a brief extension of the expert disclosure deadlines will permit them to continue meaningful settlement negotiations before incurring the significant expense associated with retaining and preparing expert witnesses.

4. The requested extension will not prejudice either party and will not affect the trial date or any other pretrial deadlines. The Parties therefore respectfully submit that good cause exists to modify the Pretrial Scheduling Order for the limited purpose of extending the expert disclosure deadlines.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

5. Accordingly, the Parties stipulate and respectfully request that the Court modify the expert disclosure deadlines as follows:

| **Event** | **Original Deadline** | **Proposed Deadline** |
|---|---|---|
| Expert Witness Disclosures | August 29, 2026 | September 26, 2026 |
| Rebuttal Expert Disclosures | September 12, 2026 | October 10, 2026 |

Dated: September 17, 2026

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Jianlin Song*
JIANLIN SONG
TRISHALA PARIKH
Attorneys for Defendant,
APRIA HEALTHCARE, LLC

HARRIS PERSONAL INJURY LAWYERS, INC.

By: [signature]
Jerome P. Bellotti
Attorney for Plaintiff Joyce McClendon

**SECOND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

| **Event** | **New Deadline** |
|---|---|
| Expert Witness Disclosures | **September 26, 2026** |
| Rebuttal Expert Disclosures | **October 10, 2026** |

All other dates and deadlines contained in the First Stipulation and Order (ECF No. 12) and all other instructions contained in the Pretrial Scheduling Order (ECF No. 10) shall remain in effect.

**IT IS SO ORDERED**.

Dated: September 17, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE