JIANLIN SONG (SBN 289226)
Jianlin.Song@wilsonelser.com
TRISHALA PARIKH (SBN 355198)
trishala.parikh@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendant,
APRIA HEALTHCARE, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOYCE McCLENDON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>APRIA HEALTHCARE LLC, a limited liability company doing business in the State of California; DOES 1 through 50, Inclusive;<br><br>Defendants. | Case No.: 2:25-cv-01631-JAM-JDP<br><br>**THIRD STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER (ECF No. 15)** |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b), 16(b)(4), and Local Rule 144, counsel for Defendant Apria Healthcare, LLC ("Apria") and Plaintiff Joyce McClendon ("Plaintiff") (collectively, the "Parties") hereby jointly stipulate and agree as follows:

1. On November 14, 2025, the Court issued a Pretrial Scheduling Order (Dkt. No. 10) establishing certain pretrial deadlines, including dates for expert disclosures, discovery completion, dispositive motions, and trial.

2. On May 28, 2026, the Court entered the First Stipulation and Order Modifying Pretrial Scheduling Order (Dkt. No. 12), which, among other things, extended certain pretrial

deadlines.

3. On September 17, 2026, the Court entered the Second Stipulation and Order Modifying Pretrial Scheduling Order (Dkt. No. 14), which set the deadline for Expert Witness Disclosures to September 26, 2026, and the deadline for Rebuttal Expert Disclosures to October 10, 2026. The Expert Witness Disclosures deadline of September 26, 2026, falls on a Saturday and therefore extends to Monday, September 28, 2026, pursuant to Federal Rule of Civil Procedure 6(a)(1)(C). The Discovery Completion deadline remained October 10, 2026.

4. Good cause exists for the requested extension. The Parties have been actively litigating this matter and are currently engaged in settlement discussions. The Parties believe that an extension of the pretrial deadlines will permit them to continue meaningful settlement negotiations before incurring further litigation costs.

5. The requested extension will not prejudice either party and will not affect the trial date. The Parties therefore respectfully submit that good cause exists to modify the Pretrial Scheduling Order as set forth below.

6. Accordingly, the Parties stipulate and respectfully request that the Court modify the following deadlines:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Expert Witness Disclosures | September 26, 2026 | March 29, 2027 |
| Rebuttal Expert Disclosures | October 10, 2026 | April 29, 2027 |
| Joint Mid-Litigation Statement | 14 days before discovery completion | April 3, 2027 |
| Discovery Completion | October 10, 2026 | April 17, 2027 |
| Meet and Confer re: Cross-Motions for Summary Judgment | 28 days before dispositive motion deadline | December 21, 2026 |
| Plaintiff's Opening Brief (if Cross-MSJ) | 14 days before dispositive motion deadline | To be Determined by the Court |
| Dispositive Motions Filing Deadline | December 4, 2026 | January 22, 2027 |
| Hearing on Dispositive Motions | February 9, 2027 | March 5, 2027 |

| | | |
|---|---|---|
| Joint Pretrial Statement | 7 days before final pretrial conference | April 26, 2027 |
| Final Pretrial Conference | April 2, 2027 | May 3, 2027 |
| Jury Trial | May 17, 2027 | May 17, 2027 |

Dated: October 13, 2026

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ______________________

Jianlin Song
Trishala Parikh
Attorneys for Defendant,
Apria Healthcare, LLC

HARRIS PERSONAL INJURY LAWYERS, INC.

By: ______________________

Jerome P. Bellotti
Attorney for Plaintiff Joyce McClendon

## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Expert Witness Disclosures | September 26, 2026 | Mach 29, 2027 |
| Rebuttal Expert Disclosures | October 10, 2026 | April 29, 2027 |
| Joint Mid-Litigation Statement | 14 days before discovery completion | 14 days before discovery completion |
| Discovery Completion | October 10, 2026 | April 17, 2027 |
| Meet and Confer re: Cross-Motions for Summary Judgment | 28 days before dispositive motion deadline | 28 days before dispositive motion deadline |
| Plaintiff's Opening Brief (if Cross-MSJ) | 14 days before dispositive motion deadline | 14 days before dispositive motion deadline |
| Dispositive Motions Filing Deadline | December 4, 2026 | January 22, 2027 |
| Hearing on Dispositive Motions | February 9, 2027 | **March 09, 2027, at 1:00 p.m.** |
| Joint Pretrial Statement | 7 days before final pretrial conference | 7 days before final pretrial conference |
| Final Pretrial Conference | April 2, 2027 | **May 28, at 10:00 a.m.** |
| Jury Trial (**3-5 days**) | May 17, 2027 | **July 12, 2027, at 9:00 a.m.** |

All other dates and deadlines contained in the First Stipulation and Order (ECF No. 12) and all other instructions contained in the Pretrial Scheduling Order (ECF No. 10) shall remain in effect.

**IT IS SO ORDERED.**

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Dated: October 09, 2026